

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| § | | |
| TEXAS PELLETS, INC. § | | Case No. 16-90126 |
| § | | |
| § | | |
| Debtor § | | Chapter 11 |

| | | |
|---|---|---|
| ALLISON BYMAN, Trustee of the § | | |
| Liquidating Trust of Texas Pellets, Inc. § | | |
| and German Pellets Texas, LLC § | | |
| § | | |
| Plaintiff § | | |
| § | | |
| v. § | | Adversary No. 20-9001 |
| § | | |
| PORT OF PORT ARTHUR § | | |
| NAVIGATION DISTRICT OF § | | |
| JEFFERSON COUNTY, TEXAS § | | |
| § | | |
| Defendant § | | |

## NOTICE AND ORDER REGARDING FINAL
## PRE-TRIAL PROCEDURES IN ADVERSARY PROCEEDING

**TO: ALL ATTORNEYS OF RECORD:**

Pursuant to Fed. R. Bankr. P. 7016(a), in order to develop a proposed plan for the scheduling of the trial of the complaint in this adversary proceeding and related pre-trial deadlines:

**IT IS HEREBY ORDERED** that each party to this adversary proceeding shall file a written statement with the Court[1] **on or before Tuesday, October 6, 2020,** that contains the following information:

---

[1] This statement should be filed as a "Response Regarding Final Pre-Trial Procedures" --- a docket event available as a "miscellaneous" event under the "Adversary" tab of the CM-ECF system.

(1) accurate telephonic contact information for all counsel
(2) an updated, precise estimate of the time which needs to be reserved for trial of this action;
(3) the identification of any weeks from November 2020 through March 2021,[2] during which the parties or their counsel shall be **unavailable** for trial due to existing trial settings or other unavoidable circumstances; and
(4) whether the party elects, in light of the Covid-19 pandemic and in lieu of a personal appearance in a courtroom in such circumstances, that the trial be conducted by virtual means rather than by personal appearance.[3]  Each party must affirmatively agree to the trial by virtual means.  Otherwise, the trial will be conducted per usual procedures by personal appearance **in this Court's Tyler courtroom** subject to certain Covid-19 safety protocols.[4]

**IT IS FURTHER ORDERED** that the Court shall review the information submitted by the parties and thereafter issue a final scheduling order in light of the Court's schedule and the circumstances of this case.

Signed on 09/22/2020

_____
THE HONORABLE BILL PARKER
CHIEF UNITED STATES BANKRUPTCY JUDGE

cc:   **All attorneys of record**

---

[2]  The Court believes that the parties should also be aware of the complications which could arise from the selection process for a successor-judge for this Court and the recusal possibilities that arise thereunder.

[3]  Any such appearance would be pursuant to the directives regarding the conduct of virtual hearings located on the Court's website, www.txeb.uscourts.gov/content/judge-parker under the *Virtual Hearings* tab.

[4]  Any scheduled personal appearance in any courtroom at this juncture is obviously subject to subsequent alteration by the Court due to the evolving circumstances of the COVID-19 pandemic .